# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
Plaintiff,

**CRIMINAL NO.: 15-462 (JAG)**

v.

**VAZQUEZ-CARRASQUILLO et al.,**
Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

The undersigned Assistant United States Attorney (AUSA) Jonathan Jacobson is no longer the AUSA assigned to the above captioned case. Therefore, it is respectfully requested that this Court accept this request to withdraw as attorney for the United States in this particular case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Assistant U.S. Attorney Jonathan Jacobson as counsel for the prosecution in the instant case and cease of further notifications.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 12 day of March 2020.

*/s/Jonathan E. Jacobson*
Jonathan E. Jacobson, USDC G02706
Assistant United States Attorney
Torre Chardon
350 Avenida Carlos Chardon, Suite 1201
San Juan, Puerto Rico 00918-2142
787-766-5656
jonathan.jacobson@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 12 day of March 2020.

*/s/Jonathan E. Jacobson*
Jonathan E. Jacobson
USDC G02706