Josue Vazquez #48909-069
Federal Correctional Complex-LOW
Allenwood-low P.O.Box 1000
White Deer, P.A. 17887

150-Carlos Chardon

Clerk's Office
US District Court - Puerto Rico
Federal Bldg. Rm. 150
Hato Rey, Puerto Rico 00918-1767
United States

Low Security Correction
Allenwood, PA
Date MAY 0 8 2020
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened inspected. If the writer raises a question problem over which this facility jurisdiction, you may wish to return material for further information or cla
If the writer encloses correspondence forwarding to another address, pl
enclosure to the

MAY 0 8 2020

RECEIVED & FILED
2020 MAY 12 PM 3: 44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.