# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

**Josue Vazquez-Carrasquillo, et al.**
Defendant.

**CRIMINAL NO. 15-462 (JAG)**

## UNITED STATES' MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through the undersigned attorneys and respectfully states and prays as follows:

Assistant United States Attorney Marie Christine Amy is no longer the prosecutor assigned to this case. It is respectfully requested that the Court accept this request to withdraw as attorney for the United States in this particular case.

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the above and grant the withdrawal of Assistant United Stated Attorney Marie Christine Amy as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of June 2020.

W. STEPHEN MULDROW
United States Attorney

*/s/ Marie Christine Amy*
Marie Christine Amy
Assistant U.S. Attorney
USDC-PR No. G02309
U.S. Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant(s).

*s/* *Marie Christine Amy*
Assistant U.S. Attorney