Josue Vazquez #48989-069
F.C.I. Allenwood - low
federal Correctional Institution
P.O. Box 1000
White Deer, P.A. 17887

LB55



7019 2280 0000 7072 6096





U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
JUN 10, 20
AMOUNT
$0.00
R2305K138972-08

1000   00918

Clerk Off Us Dist Court
Rm-150 AVE Carlos Chardon
SAN JUAN, PR 00918
United States

RECEIVED & FILED
2020 JUN 16 AM 8:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


